OPINION — AG — QUESTION 1: IF THE LIEUTENANT GOVERNOR SUCCEEDS TO THE GOVERNORSHIP (DUE TO DEATH, RESIGNATION, OR IMPEACHMENT OF THE GOVERNOR), DOES THE THEN GOVERNOR HAVE THE AUTHORITY TO APPOINT ANOTHER PERSON TO THE LIEUTENANT GOVERNSHIP? — NEGATIVE (IT IS CLEAR THAT THE LIEUTENANT GOVERNOR DOES NOT VACATE HIS OFFICE WHEN HE ASSUMES THE POWERS AND DUTIES OF THE GOVERNSHIP) (BRUCK BAILEY)